UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-M-1388

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER AMENDING DEFENDANT'S NAME |
| | ) |
| JONES, JEREMY M. | ) |
| | ) |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina has moved the Court to amend the Defendant's name in the above captioned matter.

2. After due consideration and for good cause shown, the Court hereby ALLOWS the Motion to Amend Defendant's Name.

So ORDERED this  27th  day of September , 2011.

_____
United States Magistrate Judge
William A. Webb